1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   TONIE ELMORE,                    )      1:10-cv-01738-GSA-PC
                                      )
12              Plaintiff,            )      ORDER DENYING MOTION TO BE MOVED TO
                                      )      LOWER C-YARD
13        vs.                         )      (Doc. 20.)
                                      )
14   E. FLIPPO, et al.,               )      ORDER GRANTING EXTENSION OF TIME
                                      )      TO COMPLY WITH ORDER OF NOVEMBER
15                                    )      8, 2011
                Defendants.           )      (Doc. 19.)
16                                    )
                                      )      THIRTY DAY DEADLINE FOR PLAINTIFF TO
17                                    )      EITHER:
                                      )
18                                    )      (1)   FILE A SECOND AMENDED
                                      )            COMPLAINT THAT DOES NOT
19                                    )            EXCEED TWENTY-FIVE PAGES, OR
                                      )
20                                    )      (2)   NOTIFY THE COURT OF HIS
                                      )            WILLINGNESS TO PROCEED ONLY
21                                    )            AGAINST DEFENDANTS E. FLIPPO
                                      )            AND D. GOREE, ON THE CLAIMS
22                                    )            FOUND COGNIZABLE BY THE
                                      )            COURT IN THE NOVEMBER 8, 2011
23   _____)            ORDER

24

25        Tonie Elmore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this

26   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this

27   action on September 2, 2010 at the United States District Court for the Central District of California.

28
                                            1

1    (Doc. 3.)  On September 22, 2010, the case was transferred to the Eastern District of California.

2    (Doc. 6.)

3            On October 4, 2010, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no

4    other parties have made an appearance.  (Doc. 9.)  Therefore, pursuant to Appendix A(k)(4) of the

5    Local Rules of the Eastern District of California, the undersigned shall conduct any and all

6    proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule

7    Appendix A(k)(3).

8            On December 1, 2011, Plaintiff filed a motion to be moved to the Lower C-Yard at Kern

9    Valley State Prison, where Plaintiff is incarcerated.  (Doc. 20.)  Plaintiff requests to be moved

10   because of issues with his cell mate and because of issues making it difficult for him to comply with

11   the Court's order of November 8, 2011, which requires him to respond to the Court within thirty

12   days.

13           The Court lacks jurisdiction to issue an order requiring prison officials to move Plaintiff from

14   one Yard to another based on actions occurring after this action was filed, because the Court does not

15   have such a case or controversy before it in this action.  See Zepeda v. United States Immigration

16   Service, 753 F.2d 719, 727 (9th Cir. 1985); City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103

17   S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and

18   State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982).  Therefore, Plaintiff's motion to be

19   moved must be denied.  However, the Court finds good cause to grant Plaintiff an extension of time

20   to comply with the Court's November 8, 2011 order.  **Plaintiff should refer to the November 8,**

21   **2011 order for further instructions.**

22           Based on the foregoing, IT IS HEREBY ORDERED that:

23           1.      Plaintiff's motion to be moved to Lower C-Yard is DENIED;

24           2.      Plaintiff is GRANTED an extension of time to comply with the Court's order of

25                   November 8, 2011; and

26           3.      Within **thirty (30) days** from the date of service of this order, in compliance with the

27                   Court's order of November 8, 2011, Plaintiff shall either:

28
                                                        2

(1)    File a Second Amended Complaint that does not exceed twenty-five pages,

curing the deficiencies identified in the Court's order of November 8, 2011, or

(2)    Notify the Court in writing that he does not wish to file an amended complaint

and is instead willing to proceed only against defendants Flippo and Goree on

the claims found cognizable by the Court in the November 8, 2011 order.


IT IS SO ORDERED.

**Dated:**   **December 2, 2011**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE