IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE ELMORE,<br><br>      Plaintiff,<br><br>   vs.<br><br>E. FLIPPO, et al.,<br><br>      Defendants. | 1:10-cv-01738-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION AS MOOT<br>(Doc. 35.) |

   Tonie Elmore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On February 13, 2012, Plaintiff filed a Rule 60 motion for relief from the Court's order entered on January 27, 2012. (Doc. 35.) The Court's January 27, 2012 order was vacated by the Court on February 7, 2012. (Doc. 32.) Therefore, Plaintiff's motion is moot and shall be denied as such.

   Accordingly, Plaintiff's motion filed on February 13, 2012, is DENIED as moot.

   IT IS SO ORDERED.

   Dated:   **February 15, 2012**             **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE