1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9  TONIE ELMORE,                    )    1:10-cv-01738-GSA-PC
                                    )
10          Plaintiff,               )    ORDER GRANTING MOTION FOR
                                    )    EXTENSION OF TIME
11     vs.                           )    (Doc. 53.)
                                    )
12  D. GOREE, et al.,                )    THIRTY DAY DEADLINE TO FILE
                                    )    RESPONSES TO:
13          Defendants.              )         (1)    MOTION TO DISMISS
                                    )         (2)    MOTION TO REVOKE IFP
14  _____ )

15          Tonie Elmore ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant

16  to 42 U.S.C. § 1983.  On August 20, 2012, Plaintiff filed a motion for a thirty-day extension of time to

17  prepare for this case.  (Doc. 53.)  Presently, Plaintiff has deadlines to respond to Defendants' motion to

18  dismiss filed on July 9, 2012, and Defendants' motion to revoke Plaintiff's in forma pauperis status filed

19  on July 31, 2012.  (Docs. 50, 52.)  Good cause appearing, Plaintiff's motion shall be granted.

20          Accordingly, IT IS HEREBY ORDERED that:

21     1.    Plaintiff's motion for extension of time, filed on August 20, 2012, is GRANTED;

22     2.    Within thirty days from the date of service of this order, Plaintiff shall file responses to:

23          (1)    Defendants' motion to dismiss, filed on July 9, 2012, and

24          (2)    Defendants' motion to revoke Plaintiff's in forma pauperis status, filed on July

25                 31, 2012.

26     IT IS SO ORDERED.

27  Dated:   __August 22, 2012__          _____/s/ Gary S. Austin_____
                                         UNITED STATES MAGISTRATE JUDGE
28