UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE ELMORE,<br><br>       Plaintiff,<br><br>  vs.<br><br>E. FLIPPO, et al.,<br><br>       Defendants. | 1:10-cv-01738-AWI-GSA-PC<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

      Tonie Elmore ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff submitted the Complaint commencing this action on August 31, 2010.  (Doc. 1.)

      On March 19, 2013, pursuant to 28 U.S.C. § 1915(g), the Court revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $350.00 filing fee in full within twenty days.  (Doc. 73.)  The twenty day time period for Plaintiff to pay the filing fee has expired, and Plaintiff has not complied with the Court's order to pay the filing fee.

      Accordingly, this action is hereby DISMISSED, without prejudice, based on Plaintiff's failure to obey the Court's order to pay the $350.00 filing fee.  The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:   April 23, 2013

                                              SENIOR  DISTRICT  JUDGE